UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-22326-MOORE/LOUIS

JULIO RAMIREZ,

    Plaintiff,

v.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Counsel's Motion to Withdraw as Counsel for Plaintiff (ECF No. 29). This Motion was referred to the undersigned United States Magistrate Judge by the Honorable Chief Judge, K. Michael Moore (ECF No. 30). Upon consideration of the briefing and the record, and being otherwise fully advised in the premises, the Motion is **DENIED**.

Florida Bar Rule 4-1.16 allows an attorney to withdraw from representing a client in certain circumstances, including where "withdrawal can be accomplished without material adverse effect on the interests of the client . . . or other good cause for withdrawal exists." R. Regulating Fla. Bar 4-1.16(b). However, the United States District Court for the Southern District of Florida Local Rule 11.1(D)(3) makes clear that "[n]o attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of court after notice served on the attorney's client and opposing counsel." Moreover, Rule 4-1.16(c) of the Rules Regulating the Florida Bar provides that "[w]hen ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation." *See Prudential Ins. Co. of America v. Anodyne,*

1

*Inc.*, 365 F. Supp.2d 1232, 1238 (S.D. Fla. 2005) (concluding that trial court had the authority to deny motion to withdraw and require attorney's continued representation under Rule 4-1.16(c)).

Here, Plaintiff's counsel has failed to show that good cause exists for withdrawing as counsel; the Motion merely states "irreconcilable differences have arisen." Nor has Plaintiff's counsel shown that his client would not be prejudiced by his withdrawal. The Motion was filed within ten days of the deadline to complete discovery, and mediation is set for the following week. The Motion is thus **DENIED**.

**DONE** and **ORDERED** in Chambers in Miami, Florida, this 29th day of December, 2020.

HON. LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE